**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7814**

---

MILFORD JUNIOR MASON,

                              Plaintiff - Appellant,

        versus

CARL F. CREEDEN,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-96-3176-L)

---

Submitted:  March 13, 1997          Decided:  March 20, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Milford Junior Mason, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milford Mason, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e) (West Supp. Sept. 1996, Pamphlet 3). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Mason v. Creeden, No. CA-96-3176-L (D. Md. Oct. 23, 1996). Mason's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED